John W. Thornburgh, SBN 154627, thornburgh@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099

Garland T. Stephens, stephens@fr.com
David J. Healey, *pro hac vice application pending*, healey@fr.com
Benjamin C. Elacqua, *pro hac vice application pending*, elacqua@fr.com
John P. Brinkmann, *pro hac vice application pending*, brinkmann@fr.com
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Attorneys for Intervenor Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3COM CORPORATION,<br><br>         Plaintiff,<br><br>vs.<br><br>D-LINK SYSTEMS, INC.,<br><br>         Defendants | Case No. 3:03-cv-02177-VRW<br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| ZIONS BANCORPORATION,<br><br>         Plaintiff,<br><br>vs.<br><br>U. S. ETHERNET INNOVATIONS LLC,<br><br>         Defendants. | Case No. 3:10-cv-03481-CRB |

Pursuant to Civil L.R. 3-12, Defendants[1] in the matter *U.S. Ethernet Innovations LLC v. Acer, Inc., et al.,* U.S. District Court, California Northern District, Case No. C 10-03724-EMC ("*Acer et al*") respectfully request that the Court consider the following cases to be related to the *Acer et al* matter:

*3COM Corporation v. D-Link Systems, Inc.,*
U. S. District Court, California Northern District, Case No. 3:03-cv-02177-VRW ("*Realtek*")

*Zions Bancorporation vs. U.S. Ethernet Innovations LLC,*
U. S. District Court, California Northern District, Case No. 3:10-cv-03481-EMC ("*Zions Bank*")

At issue in the *Acer et al* matter are four U. S. patents, 5,307,459, 4,434,872, 5,732,094, and 5,299,313. These patents were all formerly owned by 3COM Corporation ("3COM"). The current owner of these patents, and plaintiff, is U.S. Ethernet Innovations ("USEI"). USEI's parent, Parallel Technologies LLC purchased, *inter alia*, these patents from 3COM in May 2009 and then assigned them to USEI on October 8, 2009. The next day, October 9, 2009, USEI filed suit against multiple computer maker defendants in the Eastern District of Texas.

Upon joint motion by the Defendants, the Magistrate Judge, Hon. John D. Love, transferred the *Acer et al* matter to this district in part because of the overlap between this matter and the previously tried issues in the Realtek matter. *Memorandum Opinion and Order*, Dkt. 310, at 2-3, 13 (Exh. 1). In the *Realtek* matter, Judge Walker dealt extensively with three of the four patents at issue in the *Acer et al* matter: He conducted a claim construction hearing, issued an order on claim construction, heard and decided several motions for summary judgment of non-infringement and invalidity, presided over a jury trial, and considered post-trial motions on infringement and invalidity. The '313 patent was not part of the *Realtek* case, but shares three

---

[1] Defendants include named defendants Acer, Inc., Acer America Corporation, Apple, Inc., ASUS Computer International, ASUSTeK Computer Inc., Dell Inc., Fujitsu Ltd., Fujitsu America, Inc., Gateway, Inc., Hewlett Packard Co., Sony Corporation, Sony Corporation of America, Sony Electronics Inc., Toshiba Corporation, Toshiba America, Inc., and Toshiba America Information Systems, Inc., in addition to the intervenors, Intel Corporation, NVIDIA Corporation, Marvell Semiconductor, Inc., and Atheros Communications, Inc.

common inventors to the other patents-in-suit.  The '872 patent also states that it is related to the '313 patent.  The overlap between the patents tried to verdict in the *Realtek* case and the asserted patents in this case, including the legal questions of infringement and invalidity and the substantial time and resources already invested by Judge Walker, is a compelling reason to find these cases related, and to assign the *Acer et al* matter to Judge Walker for further proceedings.

The *Zions Bank* matter is a declaratory judgment action on the same four patents at issue in the *Acer et al* matter, and involving the same patentee, USEI.  It is currently pending before Judge Hon. Charles R. Breyer.  *The Zions Bank* matter is thus related to the *3Com* and *Acer et al* matters.

Dated:  September 3, 2010          FISH & RICHARDSON P.C.

By:  */s/ Seth M. Sproul*
    Seth M. Sproul, SBN 217711, sproul@fr.com

Counsel for Intervenor INTEL CORPORATION

2   ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
Case Nos. 3:03-cv-02177-VRW
and  3:10-cv-03481-CRB