IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIONS BANCORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>US ETHERNET INNOVATIONS LLC,<br><br>    Defendant. | No. C 10-03481 CRB<br><br>**ORDER FOR JURISDICTIONAL DISCOVERY** |

In light of the parties' arguments in their papers and at the motion hearing today, the Court finds that there is a sufficient basis to allow for jurisdictional discovery in this case. See EnLink Geoenergy Svs., Inc. v. Jackson & Sons Drilling & Pump, Inc., 2009 WL 4544694 at *5 (N. D. Cal. Nov. 30, 2009) ("Where a district court concludes that the existing record is insufficient to support personal jurisdiction and the plaintiff demonstrates that it can supplement its jurisdictional allegations through discovery, the plaintiff is entitled to jurisdictional discovery."). Plaintiff is entitled to ninety (90) days in which to conduct discovery as to whether the Court has personal jurisdiction over Defendant. That discovery shall address (but not be limited to) Defendant's relationships with its California licensees, with Protection Capital, and with Hewlett-Packard.

//

//

Within two weeks following the close of jurisdictional discovery, Plaintiff shall make a supplemental submission to the Court on this issue. Defendant may file a response within two weeks of Plaintiff's submission, if it so chooses. Upon receipt of the parties' submissions, the Court will revisit USEI's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: October 15, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE